**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

MICHAEL J. PENDLETON,

Petitioner

v.

COURT OF COMMON PLEAS OF
ALLEGHENY COUNTY,

Respondent

: No. 17 WM 2022
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2022, the Application for Leave to File Original Process is GRANTED, and the "Application for Writ of Mandamus or Extraordinary Relief" is DENIED.